No. 04-00-00055-CV


IN RE Daniel J. HEINS


From the 175th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-CR-1738


Honorable Henry G. Schuble, Judge Presiding


PER CURIAM

Sitting: Tom Rickhoff, Justice

 Catherine Stone, Justice

 Karen Angelini, Justice

Delivered and Filed: March 8, 2000

DISMISSED 

 On January 28, 2000, Relator, Daniel J. Heins, filed a petition for writ of mandamus. On
February 22, 2000, however, Heins filed a motion to dismiss the petition, stating that he had reached
an agreement with the real party in interest. The motion is granted and the petition is dismissed. 

 PER CURIAM

DO NOT PUBLISH